CRIDER *et al.* v. HARRIS, administrator, *et al.*

HUTCHESON, Justice. The bill of exceptions complains only of the direction of a verdict in favor of a plea of res judicata. This was not such a final judgment as will support a direct bill of exceptions as contemplated by the Code of 1933, § 6-701. *English* v. *Rosenkrantz,* 150 *Ga.* 745 (105 S. E. 292).

*Writ of error dismissed. All the Justices concur, except Russell, C. J., absent because of illness.*

ON MOTION FOR REHEARING.

Leave is granted the plaintiff in error to treat the official copy of the bill of exceptions filed in the court below as exceptions pendente lite. *Johnson* v. *Henry,* 178 *Ga.* 542 (174 S. E. 140). *All the Justices concur.*

No. 10886. OCTOBER 16, 1935. ON REHEARING, JANUARY 20, 1936.

*J. H. Paschall,* for plaintiffs.  *Roscoe Pickett,* for defendants.